AO91 (Rev. 12/03)  Criminal Complaint                                                              AUSA

# UNITED STATES DISTRICT COURT

Southern District Of Texas McAllen Division

| UNITED STATES OF AMERICA | CRIMINAL COMPLAINT |
|---|---|
| vs. | Case Number: 7:14-po-05110 |

Luis Pablo VASQUEZ-Estolano
IAE A202 085 082
Mexico 1996

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **September 24, 2014** in **Hidalgo** County, in the **Southern District Of Texas** defendant(s) did,

**Being then and there an alien, did, knowingly and unlawfully enter the United States at a place other than as designated by immigration officers;**

in violation of Title **8** United States Code, Section(s) **1325(a)(1)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

**Luis Pablo VASQUEZ-Estolano was encountered by Border Patrol Agents near Donna, Texas on September 25, 2014. When questioned as to his citizenship, defendant stated that he was a citizen and national of the United Mexican States, who had entered the United States illegally on September 24, 2014 by rafting across the Rio Grande River near the Donna, Texas Port of Entry.**

**I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.**

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

/S/ Chandler, Michael  Border Patrol Agent
Signature of Complainant

Chandler, Michael    Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

September 26, 2014                                          at    McAllen, Texas
Date     City/State

Peter E Ormsby           U.S. Magistrate Judge
Name of Judge            Title of Judge                          Signature of Judge